FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2021

SEAN F. McAVOY, CLERK

William D. Hyslop
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH BOBB,<br><br>Defendant. | 1:21-CR-2005-SMJ-1<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 1153, 2243(a)<br>Sexual Abuse of a Minor |

The Grand Jury charges:

On or between about February 1, 2017 and July 21, 2017, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, in the Eastern District of Washington, the Defendant, JEREMIAH BOBB, an Indian, did knowingly cause Minor 1 to engage in a sexual act, to wit, the intentional touching, not through the clothing, of the genitalia of Minor 1, a minor who had not attained the age of 16 years and such touching was done with an intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person, and Minor 1

INDICTMENT – 1

1 | was at least four years younger than the defendant, in violation of 18 U.S.C. §§
2 | 1153, 2243(a).
3
4
5 | DATED this 12 day of January, 2021.
6
7
8
9 
10
11
12 | William D. Hyslop
13 | United States Attorney
14
15
16 | Michael D. Murphy
17 | Assistant United States Attorney
18
...
28

INDICTMENT – 2