FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:21-CR-02005-SMJ-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| JEREMIAH BOBB, | ECF No. 38 |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 38). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the Motion. Specifically, Defendant requests that the Court modify Special Condition No. 15, which requires Defendant participate in a program of alcohol monitoring. ECF No. 38. For the reasons set forth in the Motion;

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 38**) is **GRANTED**.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 1

2. Special Condition No. 15 (**ECF No. 27**) shall be **STRICKEN**.

3. All other conditions of release shall remain in effect.

DATED June 1, 2021

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE
