Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 09 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

           Plaintiff,

v.

JEREMIAH BOBB,

           Defendant.

SUPERSEDING INDICTMENT

1:21-CR-02005-SMJ-1

Vio: 18 U.S.C. §§ 1153, 2243(a)
Sexual Abuse of a Minor
(Count 1)

18 U.S.C. §§ 1153, 2241(c)
Aggravated Sexual Abuse of a Child
(Count 2)

18 U.S.C. § 2253
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

Between on or about February 1, 2017, and July 21, 2017, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, in the Eastern District of Washington, the Defendant, JEREMIAH BOBB, an Indian, did knowingly cause Minor 1 to engage in a sexual act, to wit: the

SUPERSEDING INDICTMENT – 1

intentional touching, not through the clothing, of the genitalia of Minor 1, who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than the Defendant, with an intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person, in violation of 18 U.S.C. §§ 1153, 2243(a).

## COUNT 2

Between on or about February 1, 2016, and October 24, 2017, within the external boundaries of the Yakama Nation Indian Reservation, in Indian Country, in the Eastern District of Washington, the Defendant, JEREMIAH BOBB, an Indian, did knowingly cause and attempt to cause Minor 2, a child who had not attained the age of 12 years to engage in a sexual act, to wit: the intentional touching, not through the clothing, of the genitalia of Minor 2, with an intent to abuse, humiliate, harass, degrade, arouse and gratify the sexual desire of any person, in violation of 18 U.S.C. §§ 1153, 2241(c).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253(a), upon conviction of an offense in violation of 18 U.S.C. § 2241 or 2243 as set forth in Count 1 or Count 2 of this Indictment, the Defendant, JEREMIAH BOBB, shall forfeit to the United States any visual

SUPERSEDING INDICTMENT – 2

depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

If any such property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

SUPERSEDING INDICTMENT – 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED this 9th day of August, 2022.

A TRUE BILL

Foreperson

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

Michael D. Murphy
Assistant United States Attorney

SUPERSEDING INDICTMENT – 4