# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2023

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Bobb, Jeremiah | Docket No. | 0980 1:21CR02005-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jeremiah Bobb, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 3rd day of March 2021, under the following conditions:

**Special Condition No. 5:** Defendant shall not loiter within 500 feet of a school, childcare facility, playground, park, athletic field or facility, or any other business or facility having a principal purpose of caring for, educating, or entertaining minors.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Bobb on March 4, 2021, acknowledging an understanding of his pretrial release conditions.

**Violation No.1:** Mr. Bobb is alleged to be in violation of his pretrial release conditions by being within 500 feet of Garfield Elementary (505 Madison Avenue, Toppenish, WA 98948) and Patterson Park (South Elm Street, Toppenish, WA 98948) on May 16, 2023.

On May 17, 2023, this officer reviewed Mr. Bobb's location monitoring Global Positioning System (GPS) points for the day prior in the BI Total Access (BI) location monitoring system. Per BI, Mr. Bobb was observed stationary (21 separate GPS points) on May 16, 2023, on South Elm Street in Toppenish, Washington, between Garfield Elementary and Patterson Park, from 2:55 p.m. to 3:15 p.m. This officer contacted Mr. Bobb and inquired as to why he was on South Elm Street in Toppenish. Mr. Bobb said he was there with his aunt, parked in the shade, waiting on a car part. Per his release condition, this officer explained to Mr. Bobb that he was not allowed to be within 500 feet of schools or parks and needed prior approval from the probation office to travel. Mr. Bobb voiced his understanding and said this would not happen again.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:  May 19, 2023 |
| by | s/Kyle Mowatt |
| | Kyle Mowatt<br>U.S. Pretrial Services Officer |

PS-8
Re: Bobb,, Jeremiah
May 19, 2023
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*
_____
Signature of Judicial Officer

May 24, 2023
_____
Date