UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Bobb, Jeremiah | Docket No. | 0980 1:21CR02005-MKD-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jeremiah Bobb, who was placed under pretrial release supervision by the Honorable U.S. District Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 3rd day of March 2021, under the following conditions:

**Special Condition No. 4:** Defendant shall not be in the presence of minors, except his own son.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Bobb on March 4, 2021, acknowledging an understanding of his pretrial release conditions.

**Violation No. 2:** Mr. Bobb is alleged to be in violation of his pretrial release conditions by being in the presence of a minor on and before May 24, 2023.

On May 24, 2023, this officer conducted a routine home inspection at Mr. Bobb's listed residence. While standing in the driveway of Mr. Bobb's residence, this officer observed a silver Mitsubishi vehicle approaching Mr. Bobb's residence. This officer asked Mr. Bobb if he knew who was approaching, Mr. Bobb answered no. As the vehicle drove closer, approximately 20 yards away, Mr. Bobb made hand gestures to the driver indicating she needed to leave. This officer observed the driver was female, with a minor male child around the age of six, in the front passenger seat. The vehicle immediately reversed and backed out of Mr. Bobb's driveway.

This officer asked Mr. Bobb again if he knew the driver of the vehicle, and Mr. Bobb answered he did not. This officer explained to Mr. Bobb that his hand gestures instructing the female driver to leave were clearly observed. Mr. Bobb then admitted to this officer that the female driver was in fact a friend of his stopping by to visit. This officer reminded Mr. Bobb that his conditions prohibit him from being in the presence of minors, and he was in violation of his release conditions. Mr. Bobb answered he was aware of that, which is why he gestured for the female friend to leave. This officer asked Mr. Bobb what the name of his female friend was, and Mr. Bobb refused to answer. However, Mr. Bobb admitted to this officer that she had visited him several times in the past, at least once with the minor child. This officer informed Mr. Bobb that the Court would be notified of his violation, and Mr. Bobb acknowledged his understanding.

PRAYING THAT THE COURT WILL INCORPORATE THE VIOLATION IN THIS PETITION WITH THE VIOLATION PREVIOUSLY SUBMITTED AND ISSUE A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: May 25, 2023 |
| by | s/Kyle Mowatt |
|  | Kyle Mowatt<br>U.S. Pretrial Services Officer |

Re: Bobb, Jeremiah
May 25, 2023
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

May 25, 2023

Date