FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 31 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:21-cr-02005-MKD |
| Plaintiff, | Verdict Form |
| v. | |
| JEREMIAH BOBB, | |
| Defendant. | |

1. We, the Jury in the above captioned case, find Defendant Jeremiah Bobb

   NOT GUILTY _____   GUILTY ___X___

of the offense of Sexual Abuse of a Minor in violation of 18 U.S.C. §§ 1153, 2243(a), as charged in Count 1 of the Superseding Indictment.

2. We the Jury, in the above captioned case, find Defendant Jeremiah Bobb

   NOT GUILTY _____   GUILTY ___X___

of the offense of Aggravated Sexual Abuse of a Child in violation of 18 U.S.C. §§ 1153, 2241(c), as charged in Count 2 of the Superseding Indictment.

DATED this  31  day of July 2023.

_____
PRESIDING JUROR