FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JEREMIAH BOBB,<br><br>　　　　　　　Defendant. | No. 1:21-CR-02005-MKD<br><br>**ORDER DENYING DEFENDANT'S MOTION TO CONTACT JUROR AND FOR NEW TRIAL, AND DENYING DEFENDANT'S MOTION FOR ACQUITTAL**<br><br>**ECF Nos. 193, 195** |

On October 10, 2023, the Court conducted a hearing on Defendant's Motion to Contact Juror and for New Trial, ECF No. 193, and Motion for Acquittal, ECF No. 195. AUSA Michael Murphy represented the United States. Defendant was present in custody and represented by Robin Emmans.

The Court heard argument and issued oral findings. For the reasons stated on the record, both motions are denied.

ORDER – 1

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Contact Juror and for New Trial, **ECF No. 193**, is **DENIED**.

2. Defendant's Motion for Acquittal, **ECF No. 195**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** October 10, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER – 2